IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ARMUNDOE MARTIN,                    *

      Petitioner,

vs.                                 *
                       CASE NO. 4:11-CV-90 (CDL)
GREGORY McLAUGHLIN, Warden,

      Respondent.            *

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 24, 2012 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit.

The Court declines to issue a Certificate of Appealability because the Petitioner has not made a substantial showing of the denial of any constitutional right.

IT IS SO ORDERED, this 13th day of February, 2012.


                                s/Clay D. Land
                                CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE